ATTACHMENT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | DOCKET NUMBER: 22-CR-20263-01 |
| | : | |
| CLEVELAND, Richard | : | |

## ORDER

### HELPING OFFENDERS POSITIVELY EXCEL (H.O.P.E) PROGRAM

The Court orders the following:

- [X] Original Fine Imposed: $1,200.00. Collected: $800.00. Outstanding: $400.00. Outstanding balance of $400.00 is discharged.
- [ ] Judicial reprimand in open court today.
- [ ] Return to the U.S. Courthouse on _____ to observe the following proceedings: _____
- [ ] Provide a written _____ -page explanation for noncompliant behavior, as directed.
- [ ] Travel restricted as follows: _____
- [ ] Increased reporting to the probation officer as follows: _____
- [ ] Increased drug testing as follows: _____
- [ ] Participation in drug, alcohol, or mental health treatment.
- [ ] Complete _____ hours community service as directed.
- [ ] Comply with the following curfew restrictions or home confinement: _____
- [ ] Defendant shall reside and satisfactorily participate in a Residential Re-Entry Center for _____ days.
- [ ] Serve _____ days in jail, to be released on _____
- [ ] Termination from the H.O.P.E Program.
- [ ] Changes in current treatment: _____

Dated this 17th day of October 2024.

Paul D. Borman
United States District Judge